UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KEITH WARD,

                Petitioner,

    -against-

CONWAY,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
07-CV-4974 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 8 2008 ★

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 3, 2008, dismissing petitioner's petition as time-barred under 28 U.S.C. § 2244(d)(1)(A); ordering that no Certificate of Appealability shall issue; certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition is dismissed as time-barred under 28 U.S.C. § 2244(d)(1)(A); that no Certificate of Appealability shall issue; that pursuant to 28 U.S.C. § 1915(a) any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       April 07, 2008

                                    ROBERT C. HEINEMANN
                                    Clerk of Court

                                  By Terry Vaughn
                                      Chief Deputy